IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **CHARLOTTE K. JOHNSON** ) | |
| ) | |
|     **Plaintiff** ) | |
| vs. ) | Civil Case No.   05-5096-CV-SW-DW |
| ) | |
| **JO ANNE BARNHART,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
|     **Defendant** ) | |

__X__   **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

ORDERED: the Commissioner's decision denying Johnson's application for benefits is **AFFIRMED.**

July 18, 2006                                                                         Patricia Brune
Date                                                                                          Clerk

                                                                             By:   /s/ Y. Johnson
                                                                                          Deputy Clerk